UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven DIVISION

In re:                                              Case No. 09-52645 AHWS
RICHARDSON, KATHLEEN W.
                                                    (CHAPTER 7)

Debtor(s).

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

XXX       More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: 1/10/11

ROBERTA NAPOLITANO, Trustee
350 FAIRFIELD AVENUE
BRIDGEPORT, CT 06604
(203) 333-1177

**EXHIBIT A**

Case Name:    RICHARDSON, KATHLEEN W.
Case Number:  09-52645

| Creditor<br>Name and Address | Claim<br>Number | Distrib.<br>Amount | Small<br>Dividend | Unclaimed<br>Dividend |
|---|---|---|---|---|
| Cathy Coburn<br>9 Maple Street<br>Weston, CT 06883 | 3 | $26,627.54 | | $26,627.54 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $   0.00 | $  26,627.54 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**

**106**

60-249 / 433

| Case | Debtor |
|---|---|
| 09-52645 AHWS 92009074949966 | RICHARDSON, KATHLEEN W. |

REISSUED CHECK FROM STALE CHECK PROCESSING

TID #270110

ROBERTA NAPOLITANO
350 FAIRFIELD AVE.
BRIDGEPORT CT 06604

Date  01/05/2011   $ ******26,627.54

~~~Twenty-Six Thousand Six Hundred Twenty-Seven Dollars and 54/100

Pay to the Order of  United States Bankruptcy Court

ROBERTA NAPOLITANO, Trustee

⑈000000106⑈ ⑆043302493⑆ 92009074949966⑈